No. 802. UNITED STATES *v.* HURON NAVIGATION COMPANY. Appeal from the Court of Claims. January 10, 1927. Dismissed and mandate granted on motion of *Solicitor General Mitchell* for the United States

---

No. 697. UNITED STATES *v.* MORITZ NEUBERGER. Certiorari to the Circuit Court of Appeals for the Second Circuit. January 10, 1927. Case remanded to the District Court of the United States for the Southern District of New York with instructions to dismiss the original petition for naturalization therein on the ground that the question involved has been rendered moot through the admission of the respondent to citizenship on December 20, 1926, on a new petition for naturalization filed September 1, 1926, per stipulation of counsel on motion of *Solicitor General Mitchell* for the United States. Mr. *Louis Marshall* for respondent.

---

No. 160. UNITED STATES *v.* AMERICAN REFINING COMPANY. Error to the District Court of the United States for the Northern District of Texas. January 17, 1927. Dismissed on motion of *Solicitor General Mitchell* for the United States. *Mr. Harry C. Weeks* for defendant in error.